March, 10, 2014

14-108-KD-N

I am a black male. I was hired on March 31, 2009 as a welder and promoted to Welding Supervintendent in September 2012. On June 6, 2013, I had to undergo surgery and was on medical leave. Although I was on medical leave, I was not paid. I believe I was demoted and not paid my salary during my absence because of my race.

On August 26, 2013, I learned I had been demoted from Welding Superintendent to Welding Supervisor.

Upon information and belief, Russell Jones (White/Superintendent) was on medical leave for a similar surgery and continued to receive his pay and was not demoted.

I believe I was discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

3-10-14

[signature]

FILED MAR 10 '14 AM 11:51 USDC-AS

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Jermaine D. Southall
560 Myrtlewood Boulevard
Prichard, AL 36610

From: Mobile Local Office
63 S Royal Street
Suite 504
Mobile, AL 36602

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 425-2013-01010 | ARLENE A. GORCEY, Investigator | (251) 690-2177 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Erika LaCour_     12-10-2013
Erika LaCour,     (Date Mailed)
Local Office Director

Enclosures(s)

cc: HORIZON SHIPBUILDING
c/o Celia Collins, Esq.
P.O. Box 1988
Mobile, AL 36633