IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JERMAINE SOUTHALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 14-00108-KD-N |
| | ) |
| HORIZON SHIPBUILDING, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 19, 2014 (doc. 5), is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is dismissed without prejudice for failure to prosecute and comply with the Court's orders.

**DONE** this 13th day of June, 2014.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE